IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.

Dated: March 15, 2010



_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**
_____

1

# TIFFANY & BOSCO
P.A.

2 **2525 EAST CAMELBACK ROAD**

3 **SUITE 300**

**PHOENIX, ARIZONA 85016**

4 **TELEPHONE: (602) 255-6000**

5 **FACSIMILE: (602) 255-0192**

6 Mark S. Bosco
State Bar No. 010167
7 Leonard J. McDonald
State Bar No. 014228
8 Attorneys for Movant

9 10-03778

10 ## IN THE UNITED STATES BANKRUPTCY COURT

11 ## FOR THE DISTRICT OF ARIZONA

12

13 IN RE:                                                No. 2:09-BK-33885-SSC

14 John M. Valenza                                       Chapter 7
                Debtor.
15 _____              ORDER

16 Chase Auto Finance
                Movant,                               (Related to Docket #10)
17          vs.

18 John M. Valenza, Debtor, Jill H. Ford, Trustee.

19          Respondents.

20

21        Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

22 Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

23 and no objection having been received, and good cause appearing therefore,

24        IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

25

26

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated and recorded in the office of the Maricopa County Recorder wherein Chase Auto Finance is the current beneficiary and John M. Valenza has an interest in, further described as:

Vehicla Description:  2007 DODGE TRUCK
                            Ram 2500 Pick-up-V8 Quad Cab SLT 4WD

VIN:  3D7KS28D57G 834802

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.